NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**ANDREW T. HO, OSB #185047**
Andrew.Ho@usdoj.gov
**NICHOLAS D. MEYERS, OSB #222743**
Nicholas.Meyers@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:23-cr-00049-IM |
| v. | **MOTION TO DISMISS INDICTMENT** |
| **KENNETH GEORGE HAROLD,** | |
| **Defendant.** | |

The United States of America moves this court for an Order under Rule 48(a), Fed. R. Crim. P., to dismiss without prejudice the superseding indictment in the above captioned case filed on July 23, 2024, due to the defendant's guilty plea and conviction in Multnomah County state court for one count of felony Criminal Mischief in the First Degree and one count of felony Riot (case no. 21CR19106) both of which were committed on or about April 20, 2021.

//

//

//

Dated: September 17, 2024

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

_/s/ Andrew T. Ho_
ANDREW T. HO, OSB #185047
NICHOLAS D. MEYERS, OSB #222743
Assistant United States Attorneys