# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00049-IM |
| v. | ORDER DISMISSING INDICTMENT |
| KENNETH GEORGE HAROLD, | |
| Defendant. | |

Based on the government's motion, pursuant to Fed. R. Crim. P 48(a), it is hereby ordered that the superseding indictment filed on July 23, 2024, in the above-entitled case be dismissed without prejudice.

Dated: September __17__, 2024

_____
HONORABLE KARIN J. IMMERGUT
United States District Judge

Presented by:

NATALIE K. WIGHT
United States Attorney

__/s/ Andrew T. Ho_____
ANDREW T. HO, OSB #185047
NICHOLAS D. MEYERS, OSB #222743
Assistant United States Attorneys